UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Timothy Zettler

On Behalf of Himself and
All Others Sharing a Question of
Common Interest,

        Plaintiffs,

    v.                                    Case No. 18-cv-654

Thurs Trucking, Inc.,
Jean Thurs,

        Defendants.

## NOTICE OF SETTLEMENT

    The parties, through counsel, hereby give notice that they have reached an agreement in principle to settle the above-referenced case.  The parties are preparing the necessary settlement documents that will bring this matter to finality and will present the documents for the Court's consideration and approval as the claims related to the Fair Labor Standards Act.

    Dated: July 8, 2019.

                                            s/Yingtao Ho
                                            Yingtao Ho (SBN 1092395)
                                            Attorney for Plaintiffs
                                            THE PREVIANT LAW FIRM, S.C.
                                            310 W. Wisconsin Ave., Ste. 100MW
                                            Milwaukee, WI 53202
                                            Phone: (414) 271-4500
                                            Fax: (414) 271-6308
                                            Email: yh@previant.com

                                            JOSEPH E. BLITCH, ESQUIRE
                                            Florida Bar No.:  40592

                BRIDGETTE M. BLITCH, ESQUIRE
Florida Bar No.: 064969
BLITCH WESTLEY BARRETTE, S.C.
9100 Conroy Windermere Road, Suite 200
Windermere, Florida 34786
Telephone: (407) 574-2835
Facsimile: (608) 829-2982
Primary: jblitch@bwesq.com
Secondary: mmock@bwesq.com
Third: bblitch@bwesq.com
Attorneys for Defendants