UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**Timothy Zettler**

**On Behalf of Himself and
All Others Sharing a Question of
Common Interest,**

      **Plaintiffs,**

  v.                          **Case No. 18-cv-654**

**Thurs Trucking, Inc.,
Jean Thurs,**

      **Defendants.**

### STIPULATION FOR DISMISSAL

The parties, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Counts II, III, and IV of the Operative Complaint with prejudice, and with each party bearing its own attorneys' fees and costs. Pursuant to the plain language of the cited provision of the Federal Rules of Civil Procedure, the parties intend for the dismissal to take effect without a order from the Court.

Dated this 7th day of October, 2019.

                                        /s/ Yingtao Ho
                                        Yingtao Ho
                                        WI State Bar ID No. 1045418
                                        The Previant Law Firm, S.C.

                                        310 W. Wisconsin Ave. Suite 100MW
                                        Milwaukee, WI 53202
                                        414-271-4500 (Telephone)
                                        414-271-6308 (Fax)
                                        Email: yh@previant.com

                                        **Attorney for Plaintiffs**

/s/ Joseph E. Blitch
JOSEPH E. BLITCH, ESQUIRE
Florida Bar No.: 40592
BRIDGETTE M. BLITCH, ESQUIRE
Florida Bar No.: 064969
BLITCH WESTLEY BARRETTE, S.C.
9100 Conroy Windermere Road, Suite 200
Windermere, Florida 34786
Telephone: (407) 574-2835
Facsimile: (608) 829-2982
Primary: jblitch@bwesq.com
Secondary: mmock@bwesq.com
Third: bblitch@bwesq.com
Attorneys for Defendants