UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**Timothy Zettler**

**On Behalf of Himself and
All Others Sharing a Question of
Common Interest,**

      **Plaintiffs,**

  **v.**                                                      Case No. 18-cv-654

**Thurs Trucking, Inc.,
Jean Thurs,**

      **Defendants.**

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The parties, by their attorneys, hereby move the Court to approve the settlement of the FLSA claims advanced by the above referenced complaint. This motion is supported by the attached memorandum of law and Declaration of Yingtao Ho. A copy of the parties' fully executed settlement agreement is filed under seal as an exhibit to this motion.

Dated this 7th day of October, 2019.

                                                  /s/ Yingtao Ho
                                                  Yingtao Ho
                                                  WI State Bar ID No. 1045418
                                                  The Previant Law Firm, S.C.

                                                  310 W. Wisconsin Ave. Suite 100MW
                                                  Milwaukee, WI  53202
                                                  414-271-4500 (Telephone)
                                                  414-271-6308 (Fax)
                                                  Email: yh@previant.com

                                                  **Attorney for Plaintiffs**

/s/ Joseph E. Blitch
JOSEPH E. BLITCH, ESQUIRE
Florida Bar No.: 40592
BRIDGETTE M. BLITCH, ESQUIRE
Florida Bar No.: 064969
BLITCH WESTLEY BARRETTE, S.C.
9100 Conroy Windermere Road, Suite 200
Windermere, Florida 34786
Telephone: (407) 574-2835
Facsimile: (608) 829-2982
Primary: jblitch@bwesq.com
Secondary: mmock@bwesq.com
Third: bblitch@bwesq.com
Attorneys for Defendants